**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruth Aquilar, et al., | No. CIV 06-1683-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Yuma County, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Extend Time to Answer Complaint. [Doc. No. 13]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation to Extend Time to Answer Complaint [Doc. No. 13] is **GRANTED**. Defendants shall have through **December 26, 2006** to answer or otherwise respond to Plaintiff's Complaint.

DATED this 16th day of November, 2006.

Stephen M. McNamee
United States District Judge