**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ruth Aquilar, et al., | ) | No. CIV 06-1683-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Yuma County, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Defendant Linde's unopposed Motion to Supplement Motion to Dismiss (Dkt. 25). Good cause appearing,

**IT IS ORDERED** Defendant Linde's Motion to Supplement Motion to Dismiss (Dkt. 25) is **GRANTED**, and the Court will take judicial notice of the most recent Amended Complaint filed in the State Court matter in ruling on the abstention issue raised in Defendant Linde's Motion to Dismiss.

DATED this 31st day of May, 2007.

Stephen M. McNamee
United States District Judge