**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruth Aguilar, et al., | No. CV 06-1683-PHX-SMM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Yuma County, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation to Dismiss With Prejudice as to Lee Montaldo's claims against Yuma County (Dkt. 46),

**IT IS HEREBY ORDERED** that Lee Montaldo's claims against Yuma County are dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

DATED this 17th day of November, 2008.

Stephen M. McNamee
United States District Judge